IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:14-CV-946-WKW |
| NURSE GILES and NURSE ) | [WO] |
| TURNER, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On May 24, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 23.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1)   The Recommendation (Doc. # 23) is ADOPTED;

(2)   Plaintiff Clarence Davis's claims against Nurse Giles are DISMISSED with prejudice; and

(3)   Plaintiff Clarence Davis's claims against Nurse Turner are DISMISSED without prejudice for lack of service of process.

A separate final judgment will be entered.

DONE this 26th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE