IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:14-CV-946-WKW |
| NURSE GILES and NURSE ) | [WO] |
| TURNER, ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day, it is ORDERED, ADJUDGED and DECREED that (1) Plaintiff Clarence Davis's action against Nurse Giles is DISMISSED with prejudice; and (2) Plaintiff Clarence Davis's action against Nurse Turner is DISMISSED without prejudice for lack of service of process.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE